**JUDGE CROTTY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bayer Schering Pharma AG
Bayer HealthCare Pharmaceuticals Inc.

Plaintiff

08 CV 3710

Case No._____

-v-

Sandoz, Inc.
Watson Pharmaceuticals, Inc.
Watson Laboratories, Inc.

Defendant

Rule 7.1 Statement

RECEIVED
APR 17 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Bayer Schering Pharma & Bayer HealthCare Pharm.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Bayer AG

Date: April 18, 2008

Signature of Attorney

Attorney Bar Code: BB 1335

Form Rule7_1.pdf  SDNY Web 10/2007