UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAYER SCHERING PHARMA AG and BAYER HEALTHCARE PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> SANDOZ, INC., WATSON PHARMACEUTICALS, INC., and WATSON LABORATORIES, <br><br> Defendants. | Civil Action No. 2:08 CV 3710 PAC |
| SANDOZ, INC., <br><br> Counterclaimant, <br><br> -against- <br><br> BAYER SCHERING PHARMA AG and BAYER HEALTHCARE PHARMACEUTICALS, INC. <br><br> Counterclaim defendants. | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT <u>SANDOZ INC</u>.** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Sandoz Inc. ("Sandoz") hereby states that the parent corporation of Sandoz is Novarits Pharmaceuticals Corporation. No other company owns ten percent or more of the stock of Sandoz. The ultimate, indirect parent corporation of Sandoz is Novartis AG.

July 11, 2008                               Respectfully Submitted,


                                            s/ Steven J. Moore
                                            Joseph Boyle
                                            William Golden
                                            Steven J. Moore
                                            Paul W. Garrity
                                            KELLEY DRYE & WARREN LLP
                                            101 Park Avenue
                                            New York, New York 10178
                                            Tele:   (212) 808-7800
                                            Fax:    (212) 808-7897
                                            Attorneys for Sandoz, Inc.