# Cowan, Liebowitz & Latman, P.C.
Law Offices

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 18 2008

Ronald W. Meister
Direct (212) 790-9255
rwm@cll.com

July 11, 2008

**Via E-mail (crottynysdchambers@nysd.uscourts.gov)**

Honorable Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
Chambers 735, Courtroom 20-C
New York, NY 10007

SO ORDERED: JUL 18 2008

[signature]

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**

Re: Bayer Schering Pharma AG et ano. v. Sandoz, Inc.,
Watson Pharmaceuticals, Inc. et ano.
Civil Action No. 08 CIV 3710 (PAC)
Request for Extension of Time to Respond to Complaint

Dear Judge Crotty:

We are local counsel for Defendants Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. (collectively, "Watson") in the above-entitled action, and hereby request a 60-day extension of time to respond to Plaintiffs' complaint for patent infringement. No prior request for an extension of time has been made.

Watson has waived service of the summons, and its response is currently due on Monday, July 14, 2008. Watson requires additional time to investigate this matter, and to consider serious issues of personal jurisdiction, before it is able to respond.

Watson has sought plaintiffs' consent to this extension. I am informed that, although plaintiffs initially indicated its willingness to consent to an extension in return for Watson's consent to service, they now seeks to condition their consent on Watson's waiver of

**Cowan, Liebowitz & Latman, P.C.**
Honorable Paul A. Crotty, U.S.D.J.
July 11, 2008
Page 2

jurisdictional defenses. Because we believe this Court may lack in personam jurisdiction over Watson, such a condition is unacceptable to it.

    Watson accordingly asks the Court for an extension of sixty days, until September 12, 2008, in which to respond to the Complaint.

Very respectfully,

*Ronald W. Meister*

Ronald W. Meister

cc:    Attorneys for Watson
       Mark T. Jansen, Esq. (mtjansen@townsend.com)
       Cedric C.Y. Tan, Esq. (cctan@townsend.com)

       Attorneys for Bayer
       Bradford J. Badke, Esq. (jim.badke@ropesgraycom)
       Jeanne C. Curtis, Esq. (jeanne.curtis@ropesgray.com)
       Matthew A. Traupman, Esq. (matthew.traupman@ropesgray.com)
       Peter B. Bensinger, Jr., Esq. (peter.bensinger@bartlit-beck.com)
       Paul J. Skiermont, Esq. (paul.skiermont@bartlit-beck.com)
       Adam K. Mortara, Esq. (adam.mortara@bartlit-beck.com)
       Sundeep K. Addy, Esq. (rob.addy@bartlit-beck.com)