UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

| | |
|---|---|
| BAYER SCHERING PHARMA AG and BAYER HEALTHCARE PHARMACEUTICALS INC., | : ECF Case |
| Plaintiffs, | : No. 08-CV-3710 (PAC) |
| -against- | : **NOTICE OF APPEARANCE** |
| SANDOZ, INC., WATSON PHARMACEUTICALS, INC. and WATSON LABORATORIES, INC., | : FILED ELECTRONICALLY : |
| Defendants. | : |

------------------------------------------------------------------------- x

   PLEASE TAKE NOTICE that the undersigned appear as attorneys for defendants Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. herein, and requests that copies of all papers in this action be served upon them at the address stated below.

Dated: New York, New York
   August 5, 2008

              COWAN, LIEBOWITZ & LATMAN, P.C.

              By: /s/ Ronald W. Meister

                Ronald W. Meister (rwm@cll.com)

              1133 Avenue of the Americas
              New York, New York 10036
              212-790-9200

              *Attorneys for Defendants Watson Pharmaceuticals,*
                 *Inc. and Watson Laboratories, Inc.*