## JUDGE CROTTY

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

Bayer Schering Pharma AG
Bayer HealthCare Pharmaceuticals Inc.

V.

Sandoz, Inc., Watson Pharmaceuticals, Inc., and
Watson Laboratories, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 3710

TO: (Name and address of Defendant)

Watson Laboratories, Inc.
c/o CT Corporation System
818 West Seventh St.
Los Angeles, California 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bradford J. Badke
Jeanne C. Curtis
Matthew A. Traupman
Ropes & Gray LLP
1211 Ave. of the Americas
New York, NY 10036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

APR 1 8 2008

DATE

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CIV 3710

BAYER SCHERING PHARMA AG AND BAYER HEALTHCARE PHARMACEUTICALS INC.
, Plaintiff(s)

- against -

SANDOZ, INC., WATSON PHARMACEUTICALS, INC., AND WATSON LABORATORIES, INC.
, Defendant(s)

State of California  )
                     ) SS.:
County of Los Angeles )

AFFIDAVIT OF SERVICE

Carlos H. Canas being duly sworn, deposes and says
That he is over the age of 18 years; is not a party to this action and resides
within the State of California. That on 07/28/2008 at 8:35 AM at:
    CT CORPORATION SYSTEM
    818 WEST SEVENTH STREET
    LOS ANGELES CA 90017
Deponent served the:

SUMMONS AND COMPLAINT FOR PATENT INFRINGEMENT AND JURY DEMAND
CIVIL COVER SHEET
CONSENT TO PROCEED BEFORE UNITED STATES MAGISTATE JUDGE
INDIVIDUAL PRACTICES OF JUDGE PAUL A. CROTTY, U.S.D.J.
CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER
3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL

on WATSON LABORATORIES, INC.

a domestic and/or foreign corporation
by delivering thereat true copies to Margaret Wilson
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Process Specialist and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 55  HEIGHT: 5'5"  WEIGHT: 150  HAIR: GREY  RACE: WHITE  SEX: FEMALE

SWORN TO BEFORE ME D. Azmi
Notary Public
12/23/08
my Comm Exp

Carlos H. Canas  Lic. #4571

OUR DOC# 21694
Ropes & Gray
1211 Avenue of Americas
New York NY 10036-
212-841-5700
BCPP-170

D. AZMI
Commission # 1532632
Notary Public - California
Orange County
My Comm. Expires Dec 23, 2008