SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bayer Schering Pharma
AG and Bayer HealthCare Plaintiff,
Pharmaceuticals Inc.

- against -

Sandoz, Inc., Watson
Pharmaceuticals, Inc.    Defendant.
and Watson Laboratories,
Inc.

08 cv 3710 (PAC)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew A. Traupman a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Paul J. Skiermont
Firm Name:          Bartlit Beck Herman Palenchar & Scott LLP
Address:            54 W. Hubbard Street, 3rd Floor
City/State/Zip:     Chicago, IL  60654
Phone Number:       (312) 494-4400
Fax Number:         (312) 494-4440

Paul J. Skiermont       is a member in good standing of the Bar of the States of

Illinois.

There are no pending disciplinary proceeding against Paul J. Skiermont
in any State or Federal court.

Dated:
City, State:

Respectfully submitted,

Sponsor's
SDNY Bar       MT 6786
Firm Name:     Matthew A. Traupman
Address:       Ropes & Gray, 1211 Avenue of the Americas
City/State/Zip: New York, NY  10036-8704
Phone Number:  (212) 596-9000
Fax Number:    (212) 596-9090

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAYER SCHERING PHARMA AG and
BAYER HEALTHCARE
PHARMACEUTICALS, INC.,

        Plaintiffs,

– against –

SANDOZ, INC., WATSON
PHARMACEUTICALS, INC., and
WATSON LABORATORIES, INC.,

        Defendants.

08 Civ. 3710 (PAC)

**AFFIDAVIT OF MATTHEW A. TRAUPMAN IN SUPPORT OF
MOTION TO ADMIT PAUL J. SKIERMONT PRO HAC VICE**

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

**MATTHEW A. TRAUPMAN, ESQ.**, being duly sworn, deposes and says:

    1.    I am an associate with the law firm of Ropes & Gray LLP, attorneys for plaintiffs, Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals, Inc. (collectively "Bayer Schering")

    2.    I am a member of the bar of the Appellate Division, Supreme Court of New York, First Department. I am also a member of the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

    3.    I submit this Affidavit in support of Bayer Schering's motion pursuant to Local Rule 1.3(c) to admit Paul J. Skiermont *pro hac vice* for all purposes on behalf of Bayer Schering.

3658718_1.DOC

-2-

4. Paul J. Skiermont, who is a partner of Bartlit Beck Herman Palenchar & Scott LLP, is familiar with this action and the Federal Rules of Civil Procedure.

5. As evidence by the attached certificates, Paul J. Skiermont is a member in good standing of the bar of the State of Illinois.

6. I respectfully request that Bayer Schering's motion be granted in all respects. A proposed order is enclosed herewith.

                                                  Matthew A. Traupman

Sworn to Before Me this 5th day of August, 2008

Notary Public

JOYCE SIGNORELLI
Notary Public State of New York
No. 01SI4792909
Qualified in New York County
Commission Expires October 31, 2009



# ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
## of the
## SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

Paul J. Skiermont
Bartlit, Beck, Herman, Palenchar & Scott LLP
54 West Hubbard Street
Chicago, IL 60610

Chicago
Wednesday, July 23, 2008

In re: Paul Joseph Skiermont
Admitted: 11/7/2002
Attorney No. 6278464

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Darryl R. Evans
Deputy Registrar

DRE:ao

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals, Inc.      Plaintiff,

08   cv   3710   (PAC)

- against -
Sandoz, Inc., Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc.     Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Matthew A. Traupman attorney for Bayer Schering and Bayer HealthCare

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Paul J. Skiermont |
| Firm Name: | Bartlit Beck Herman Palenchar & Scott LLP |
| Address: | 54 W. Hubbard Street, 3rd Floor |
| City/State/Zip: | Chicago, IL  60654 |
| Telephone/Fax: | (312) 494-4400/ (312) 494-4440 |
| Email Address: | |

is admitted to practice pro hac vice as counsel for Bayer Schering and Bayer HealthCare in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    : SS.:
COUNTY OF NEW YORK  )

PAUL G. LANG, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside at 2 Dialstone Lane, Riverside, CT.

2. On August 6, 2008, I served the within Motion to Admit Counsel Pro Hac Vice upon:

> Kelley Dry & Warren LLP
> Joseph Boyle
> William Golden
> Steven J. Moore
> Paul W. Garrity
> 101 Park Avenue
> New York, NY 10178
>
> Ronald W. Meister, Esq.
> Cowan, Liebowitz & Latman, P.C.
> 1133 Avenue of the Americas
> New York, NY 10036

by depositing true copies, enclosed in properly addressed postage paid sealed envelopes, into an official depository maintained by the United States Postal Service in the State of New York.

_____
Paul G. Lang

Sworn to before me
August 6, 2008

_____
Notary Public

**JAMES J. HAGENBERG**
Notary Public State of New York
No. 01HA4795611
Qualified in Nassau County
Certificate Filed New York County
Commission Expires February 28, 2010