SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Bayer Schering Pharma  Plaintiff,
AG and Bayer HealthCare
Pharmaceuticals, Inc.

- against -
Sandoz, Inc., Watson   Defendant.
Pharmaceuticals, Inc.
and Watson Laboratories, Inc.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 1 2008

08    cv   3710   (PAC)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Matthew A. Traupman attorney for Bayer Schering and Bayer HealthCare

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Paul J. Skiermont |
| Firm Name: | Bartlit Beck Herman Palenchar & Scott LLP |
| Address: | 54 W. Hubbard Street, 3rd Floor |
| City/State/Zip: | Chicago, IL  60654 |
| Telephone/Fax: | (312) 494-4400/ (312) 494-4440 |
| Email Address: | |

is admitted to practice pro hac vice as counsel for Bayer Schering and Bayer HealthCare in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: AUG 1 1 2008
City, State: NY, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $           SDNY RECEIPT#
SDNY Form Web 10/2006