UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

BAYER SCHERING PHARMA AG and BAYER
HEALTHCARE PHARMACEUTICALS, INC.,

                      Plaintiffs,

       -against-

SANDOZ, INC.; WATSON
PHARMACEUTICALS, INC.; and
WATSON LABORATORIES, INC.,

                     Defendants.

------------------------------------------------------------------ x

08 cv 3710 (PAC)

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Ronald W. Meister, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Applicant's Name: Kristin M. Cooklin

Firm Name: Townsend and Townsend and Crew LLP

Address: 1301 K Street N.W., Ninth Floor, East Tower, Washington, D.C. 20005

Phone Number: 202-481-9900 and Fax Number: 202-481-3972

Kristin M. Cooklin is a member in good standing of the bar of the State of Pennsylvania. There are no pending disciplinary proceedings against Kristin M. Cooklin in any State or Federal court.

Dated: August 11, 2008
       New York, New York

Respectfully submitted,

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
    Ronald W. Meister (rwm@cll.com)
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 790-9255
Fax: (212) 575-0671

28240/000/837788.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

BAYER SCHERING PHARMA AG and
BAYER HEALTHCARE PHARMACEUTICALS,
INC.,

                      Plaintiffs,

-against-

SANDOZ, INC.; WATSON
PHARMACEUTICALS, INC.; and
WATSON LABORATORIES, INC.,

                      Defendants.

08 cv 3710 (PAC)

**AFFIDAVIT OF RONALD W. MEISTER IN SUPPORT OF MOTION TO ADMIT KRISTIN COOKLIN PRO HAC VICE**

------------------------------------------------------------- x

STATE OF NEW YORK  )
                              ) ss:
COUNTY OF NEW YORK  )

**RONALD W. MEISTER**, being duly sworn, hereby deposes and says:

1. I am a shareholder in the firm of Cowan, Liebowitz & Latman, P.C., attorneys for Defendants Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of said Defendants' motion to admit Kristin M. Cooklin as counsel pro hac vice to represent these Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York on January 13, 1975. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Kristin M. Cooklin since my involvement in this case, and have familiarized myself with her professional credentials and experience in litigation of this nature.

4. Ms. Cooklin is an associate of the firm of Townsend and Townsend and Crew, LLP in Washington, D.C.

28240/000/837856.1

5.    I have found Ms. Cooklin to be a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6.    A certificate of good standing for the state in which Ms. Cooklin is admitted is attached hereto.

7.    Accordingly, I am pleased to move the admission of Kristin M. Cooklin, pro hac vice.

8.    I respectfully submit a proposed order granting the admission of Kristin M. Cooklin, pro hac vice, which is attached hereto.

**WHEREFORE**, it is respectfully requested that the motion to admit Kristin M. Cooklin, pro hac vice, to represent defendants Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. in the above-captioned matter, be granted.

Dated: August 11, 2008
New York, New York

Ronald W. Meister (rwm@cll.com)

Sworn to before me this
11th day of August 2008

FRAN DOYLE
PUBLIC, State of New York
02DO6085473
d in New York County
ion Expires April 2, 2011

FRAN DOYLE
NOTARY PUBLIC, State of New York
No. 02DO6085473
Qualified in New York County
Commission Expires April 2, 2011

2

28240/000/837856.1



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Kristin M. Cooklin, Esq.*

**DATE OF ADMISSION**

*October 1, 2004*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  July 31, 2008

Patricia A. Nicola
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

BAYER SCHERING PHARMA AG and
BAYER HEALTHCARE PHARMACEUTICALS,
INC.,

                       Plaintiffs,

-against-

SANDOZ, INC.; WATSON
PHARMACEUTICALS, INC.; and
WATSON LABORATORIES, INC.,

                       Defendants.

------------------------------------------------------------------ x

08 cv 3710 (PAC)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Ronald W. Meister, attorney for Defendants Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc., and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

Applicant's Name: Kristin M. Cooklin
Firm Name: Townsend and Townsend and Crew LLP
Address: 1301 K Street N.W., Ninth Floor, East Tower, Washington, D.C. 20005
Telephone/Fax: 202-481-9900/ 202-481-3972
Email Address: kmcooklin@townsend.com

is admitted to practice pro hac vice as counsel for Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 11, 2008
       New York, New York

                                                            _____
                                                            United States District Judge

28240/000/837838.1

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------x<br><br>BAYER SCHERING PHARMA AG and BAYER<br>HEALTHCARE PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>-against-<br><br>SANDOZ, INC.; WATSON PHARMACEUTICALS,<br>INC.; and WATSON LABORATORIES, INC.,<br><br>Defendants.<br>------------------------------------------------------------x | 08 CV 3710<br>(PAC) |

## CERTIFICATE OF SERVICE

I, J. Martin Noble, hereby certify under penalty of perjury that true and correct copies of the foregoing **MOTION TO ADMIT COUNSEL PRO HAC VICE** were served, by first class mail, this 11th day of August, 2008, upon the following:

| | |
|---|---|
| Adam K. Mortara<br>Bartlit Beck Herman Palenchar<br>& Scott LLP<br>54 West Hubbard Street, 3rd Floor<br>Chicago, IL 60654 | Bradford J. Badke<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 |
| Steven J. Moore<br>Kelley Drye & Warren, LLP<br>Two Stamford Plaza<br>281 Tresser Boulevard<br>Stamford, CT 06901 | |

*[signature]*

J. Martin Noble

28240/000/839942.1