UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

BAYER SCHERING PHARMA AG and
BAYER HEALTHCARE PHARMACEUTICALS,
INC.,

                          Plaintiffs,            08 cv 3710 (PAC)

      -against-                           **MOTION TO ADMIT COUNSEL**
                                                                         **PRO HAC VICE**
SANDOZ, INC.; WATSON
PHARMACEUTICALS, INC.; and WATSON
LABORATORIES, INC.,

                          Defendants.

------------------------------------------------------------------ x

       PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Ronald W. Meister, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

       Applicant's Name: Cedric C. Y. Tan

       Firm Name: Townsend and Townsend and Crew LLP

       Address: 1301 K Street N.W., Ninth Floor, East Tower, Washington, D.C. 20005

       Phone Number: 202-481-9900 and Fax Number: 202-481-3972

       Cedric C. Y. Tan is a member in good standing of the bars of the District of Columbia and the State of Tennessee. There are no pending disciplinary proceedings against Cedric C. Y. Tan in any State or Federal court.

Dated: August 11, 2008
       New York, New York          Respectfully submitted,

                                                COWAN, LIEBOWITZ & LATMAN, P.C.

                                                By: _____
                                                   Ronald W. Meister (rwm@cll.com)
                                            1133 Avenue of the Americas
                                            New York, NY 10036
                                            Tel: (212) 790-9255
                                            Fax: (212) 575-0671

28240/000/837786.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

BAYER SCHERING PHARMA AG and
BAYER HEALTHCARE PHARMACEUTICALS,
INC.,

                  Plaintiffs,

-against-

SANDOZ, INC.;
WATSON PHARMACEUTICALS, INC.; and
WATSON LABORATORIES, INC.,

                  Defendants.

08 cv 3710 (PAC)

**AFFIDAVIT OF RONALD W. MEISTER IN SUPPORT OF MOTION TO CEDRIC C.Y. TAN PRO HAC VICE**

------------------------------------------------------------ x

STATE OF NEW YORK   )
                            ) ss:
COUNTY OF NEW YORK )

**RONALD W. MEISTER**, being duly sworn, hereby deposes and says:

1. I am a shareholder in the firm of Cowan, Liebowitz & Latman, P.C., attorneys for Defendants Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. (together, "Watson") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Watson's motion to admit Cedric C. Y. Tan as counsel pro hac vice to represent Watson in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York on January 13, 1975. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Cedric C. Y. Tan since my involvement in this case, and have familiarized myself with his professional credentials and experience in litigation of this nature.

28240/000/837840.1

4. Mr. Tan is a member of the firm of Townsend and Townsend and Crew, LLP in Washington, D.C.

5. I have found Mr. Tan to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Certificates of good standing for the states in which Mr. Tan is admitted are attached hereto.

7. Accordingly, I am pleased to move the admission of Cedric C. Y. Tan, pro hac vice.

8. I respectfully submit a proposed order granting the admission of Cedric C. Y. Tan, pro hac vice, which is attached hereto.

**WHEREFORE**, it is respectfully requested that the motion to admit Cedric C. Y. Tan, pro hac vice, to represent Defendants Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. in the above-captioned matter, be granted.

Dated: August 11, 2008
New York, New York

_____
Ronald W. Meister (rwm@cll.com)

Sworn to before me this
11th day of August 2008

_____
KIERAN DOYLE
NOTARY PUBLIC, State of New York
No. 02DO6085473
Qualified in New York County
Commission Expires April 2, 2011

2

28240/000/837840.1



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

CEDRIC C. TAN

was on the 1ST day of OCTOBER, 1999 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 31, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
  Deputy Clerk

# CLERK OF THE SUPREME COURT

# STATE OF TENNESSEE

I, Michael W. Catalano, Clerk of the Supreme Court, do hereby certify that CEDRIC TAN is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.

Date of Enrollment: October 30, 1997

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 31st day of July, 2008.

Michael W. Catalano, Clerk

By *[signature]* D.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

BAYER SCHERING PHARMA AG and
BAYER HEALTHCARE PHARMACEUTICALS,
INC.,

                             Plaintiffs,                  08 cv 3710 (PAC)

     -against-                                 **ORDER FOR ADMISSION**
                                                             **PRO HAC VICE**
SANDOZ, INC.; WATSON                             **ON WRITTEN MOTION**
PHARMACEUTICALS, INC.; and
WATSON LABORATORIES, INC.,

                            Defendants.

------------------------------------------------------------------ x

       Upon the motion of Ronald W. Meister, attorney for Defendants Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc., and said sponsor attorney's affidavit in support,

       **IT IS HEREBY ORDERED** that:

       Applicant's Name: Cedric C. Y. Tan
       Firm Name: Townsend and Townsend and Crew LLP
       Address: 1301 K Street N.W., Ninth Floor, East Tower, Washington, D.C. 20005
       Telephone/Fax: 202-481-9900/ 202-481-3972
       Email Address: cctan@townsend.com

is admitted to practice pro hac vice as counsel for Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 11, 2008
       New York, New York

                                                        _____
                                                            United States District Judge

28240/000/837834.1

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------x<br><br>BAYER SCHERING PHARMA AG and BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>-against-<br><br>SANDOZ, INC.; WATSON PHARMACEUTICALS, INC.; and WATSON LABORATORIES, INC.,<br><br>Defendants.<br>------------------------------------------------------------x | 08 CV 3710<br>(PAC) |

## CERTIFICATE OF SERVICE

I, J. Martin Noble, hereby certify under penalty of perjury that true and correct copies of the foregoing **MOTION TO ADMIT COUNSEL PRO HAC VICE** were served, by first class mail, this 11th day of August, 2008, upon the following:

| | |
|---|---|
| Adam K. Mortara<br>Bartlit Beck Herman Palenchar<br>& Scott LLP<br>54 West Hubbard Street, 3rd Floor<br>Chicago, IL 60654 | Bradford J. Badke<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 |
| Steven J. Moore<br>Kelley Drye & Warren, LLP<br>Two Stamford Plaza<br>281 Tresser Boulevard<br>Stamford, CT 06901 | |

J. Martin Noble