AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern       DISTRICT OF       New York

Bayer Schering Pharma AG and
Bayer HealthCare Pharmaceuticals Inc.,
                Plaintiffs,

**APPEARANCE**

v.

Case Number: 2:08-cv-3710 PAC

Sandoz, Inc., Watson Pharmaceuticals, Inc.,
and Watson Laboratories, Inc.,
                Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc.

I certify that I am admitted to practice in this court.

8/15/08
Date

*(signature)*
Signature

Peter B. Bensinger, Jr.                                   PB-1671
Print Name                                                Bar Number

54 W. Hubbard Street, 3rd Floor
Address

Chicago                 Illinois                 60654
City                    State                    Zip Code

(312) 494-4400                    (312) 494-4440
Phone Number                      Fax Number