UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

BAYER SCHERING PHARMA AG and
BAYER HEALTHCARE PHARMACEUTICALS,
INC.,

        Plaintiffs,

  -against-

SANDOZ, INC.; WATSON
PHARMACEUTICALS, INC.; and
WATSON LABORATORIES, INC.,

        Defendants.

----------------------------------------------------------------- x

08 cv 3710 (PAC)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 8 2008

  Upon the motion of Ronald W. Meister, attorney for Defendants Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc., and said sponsor attorney's affidavit in support,

  **IT IS HEREBY ORDERED** that:

  Applicant's Name: Cedric C. Y. Tan
  Firm Name: Townsend and Townsend and Crew LLP
  Address: 1301 K Street N.W., Ninth Floor, East Tower, Washington, D.C. 20005
  Telephone/Fax: 202-481-9900/ 202-481-3972
  Email Address: cctan@townsend.com

is admitted to practice pro hac vice as counsel for Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 18, 2008
   New York, New York

                 _____
                 United States District Judge

28240/000/837834.1