```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 18 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

BAYER SCHERING PHARMA AG and
BAYER HEALTHCARE PHARMACEUTICALS,
INC.,

                Plaintiffs,

  -against-

SANDOZ, INC.; WATSON
PHARMACEUTICALS, INC.; and
WATSON LABORATORIES, INC.,

                Defendants.

------------------------------------------------------------ x

08 cv 3710 (PAC)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Ronald W. Meister, attorney for Defendants Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc., and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

    Applicant's Name: Kristin M. Cooklin
    Firm Name: Townsend and Townsend and Crew LLP
    Address: 1301 K Street N.W., Ninth Floor, East Tower, Washington, D.C. 20005
    Telephone/Fax: 202-481-9900/ 202-481-3972
    Email Address: kmcooklin@townsend.com

is admitted to practice pro hac vice as counsel for Watson Pharmaceuticals, Inc. and Watson Laboratories, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 18, 2008
New York, New York

                                                        _____
                                                        United States District Judge