AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

___Southern___ DISTRICT OF ___New York___

BAYER SCHERING PHARMA AG et al.,

    Plaintiffs,

-against-

SANDOZ, INC. et al.,

    Defendants.

**APPEARANCE**

Case Number: 1:08-cv-03710-PAC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

SANDOZ, INC.

I certify that I am admitted to practice in this court.

___8/19/2008___  
Date

___[signature]___  
Signature

Delphine W. Knight Brown  
Print Name      Bar Number

400 Atlantic Street  
Address

Stamford     CT     06901  
City     State     Zip Code

(203) 324-1400     (203) 327-2669  
Phone Number     Fax Number