AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

## APPEARANCE

Case Number: 2:08 cv 3710 PAC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

SANDOZ, INC.

I certify that I am admitted to practice in this court.

| 8/20/2008 | *[signature]* |
|---|---|
| Date | Signature |

PAUL W. GARRITY
Print Name                                             Bar Number

KELLEY DRYE & WARREN LLP, 101 PARK AVENUE
Address

| NEW YORK | NY | 10178 |
|---|---|---|
| City | State | Zip Code |

(212) 808-7613                    (212) 808-7897
Phone Number                                         Fax Number